| | |
|---|---|
| 1 | AMIR M. NASSIHI  (SBN:  235936) |
| | anassihi@shb.com |
| 2 | SHOOK, HARDY & BACON L.L.P. |
| | One Montgomery, Suite 2700 |
| 3 | San Francisco, California  94104 |
| | Telephone:  415-544-1900 |
| 4 | |
| | Attorneys for Defendant FORD MOTOR COMPANY |
| 5 | |
| | KEITH G. BREMER (SBN:  155920) |
| 6 | kbremer@bremerandwhyte.com |
| | ALISON K. HURLEY (SBN:  234042) |
| 7 | ahurley@bremerandwhyte.com |
| | BREMER WHYTE BROWN & O'MEARA LLP |
| 8 | 20320 S.W. Birch Street, Second Floor |
| | Newport Beach, California  92660 |
| 9 | Telephone:  949-221-1000 |
| 10 | ADAM J. LEVITT |
| | levitt@whafh.com |
| 11 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC |
| | 55 West Monroe Street, Suite 111 |
| 12 | Chicago, Illinois  60603 |
| | Telephone:  312-984-0000 |
| 13 | |
| | THOMAS C. JONES |
| 14 | DAVIS BETHUNE & JONES LLC |
| | 1100 Main Street, Suite 2930 |
| 15 | Kansas City, Missouri  64105 |
| | Telephone:  816-421-1600 |
| 16 | |
| | Attorneys for Plaintiffs Vincent Perrone, Charles Johnson, James Denning, Zane Dery, |
| 17 | Richard Douglas, Melia Douglas, Thomas Bell, and Michael Antramzarza |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | VINCENT PERRONE, CHARLES JOHNSON, JAMES DENNING, ZANE DERY, RICHARD DOUGLAS, MELIA DOUGLAS, THOMAS BELL, AND MICHAEL ANTRAMZARZA, on behalf of themselves and all other similarly situated, | Case No. CV 11 3832 SC |
| 22 | | *Related Case No. CV 11-02953 SC* |
| | | *Related Case No. CV 11-03133 SC* |
| 23 | | |
| 24 | | **STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND** |
| 25 | Plaintiffs, | |
| 26 | vs. | |
| 27 | FORD MOTOR COMPANY, and DOES 1 through 100, inclusive, , | |
| 28 | Defendants. | |

| | |
|---|---|
| 1 | SALLY J. NETTLETON, THERESA THRUN, CAROL WILSON, DENNIS DOUGHERTY, HEATHER S. HARDEE, SPENCER WARE, GARY L. BUCK and THOMAS M. BUCKHEIT, individually, and on behalf of all others similarly situated, |

SALLY J. NETTLETON, THERESA THRUN, CAROL WILSON, DENNIS DOUGHERTY, HEATHER S. HARDEE, SPENCER WARE, GARY L. BUCK and THOMAS M. BUCKHEIT, individually, and on behalf of all others similarly situated,

   Plaintiffs,

vs.

FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,

   Defendants.

---

JO ANN GETTMAN, on behalf of herself and all other similarly situated,

   Plaintiffs,

vs.

FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,

   Defendants.

Whereas PLAINTIFFS' Motion to Relate this case to *JO ANNE GETTMAN v. FORD MOTOR COMPANY*, U.S.D.C. Northern District Case No. CV 11 3133 SC, and *SALLY J. NETTLETON. ET AL. v. FORD MOTOR COMPANY*, U.S.D.C. Northern District Case No. 11-02953 SC, has been granted.

IT IS HEREBY STIPULATED by and between the Parties, pursuant to L.R. 6-1(a), that defendant Ford Motor Company's time to answer or otherwise respond to the complaint in the above-captioned matter shall be extended until October 10, 2011.

DATED: September 21, 2011          SHOOK, HARDY & BACON, L.L.P.

                                    By: */s/ Amir Nassihi*
                                        AMIR NASSIHI

                                    Attorneys for Defendant
                                    FORD MOTOR COMPANY

DATED: September 21, 2011          WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

                                    By: */s/Adam J. Levitt*
                                        ADAM J. LEVITT

                                    and

                                    KEITH G. BREMER
                                    ALISON K. HURLEY
                                    BREMER WHYTE BROWN & O'MEARA LLP

                                    THOMAS C. JONES
                                    DAVIS BETHUNE & JONES LLC

                                    Attorneys for Plaintiff JO ANN GETTMAN

IT IS SO ORDERED.

DATED: __September 22__, 2011      _____
                                    The Honorable [signature: Judge Samuel Conti]
                                    United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*

3
STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND
217355 V3                                                              CV 11 3832 SC

**SIGNATURE ATTESTATION**

I, Amir Nassihi, am the ECF User whose ID and password are being used to file this STIPULATED EXTENSION OF TIME TO PLEAD OF ORTHERWISE RESPOND.  In compliance with General Order 45, X.B., I hereby attest that Plaintiff's counsel has concurred in this filing.

DATED:  September 21, 2011          SHOOK, HARDY & BACON, L.L.P.

                                    By:    /s/ Amir Nassihi
                                           AMIR NASSIHI

                                    Attorneys for Defendant
                                    FORD MOTOR COMPANY